# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS ALAHVERDIAN, | : | |
| Plaintiff, | : | |
| | : | **CA 11-186** |
| v. | : | **JUDGE MCCONNELL** |
| | : | |
| RHODE ISLAND DEPARTMENT | : | |
| OF CHILDREN, YOUTH AND | : | |
| FAMILIES, | : | |
| Defendant. | : | |

### PLAINTIFF'S PRO SE MOTION TO ENFORCE SETTLEMENT PROVISIONS AS ATTORNEY HAS BEEN UNRESPONSIVE AND ACTING IN BAD FAITH TO HIS CLIENT IN CASE 11-75 AND PLAINTIFF HAS NO REASON TO BELIEVE DEFENDANTS ARE ACTING IN BAD FAITH

NOW COMES THE PLAINTIFF, NICHOLAS ALAHVERDIAN, *pro se,* and files this Motion to enforce attorney Matthew L. Fabisch to comply with the ADR settlement provisions reached in conjunction with the Court's ADR proceedings.

Attorney Fabisch has been completely non-responsive to his client. The General Laws of the State of Rhode Island proffer 30 days with which the defendant has to comply with the mutually agreed upon tenets of the settlement. Attorney Fabisch has not indicated that the defendants have failed to meet their obligations, and as far as *pro se* Plaintiff is concerned, the aforesaid attorney is acting in bad faith and without regard for that which is owed to his client in CA 11-75 on the docket of this Honorable Court.

Respectfully submitted,

/s/ Nicholas Alahverdian
Nicholas Alahverdian
Pro Se Plaintiff (in this motion)
(617) 453-8399